# Exhibit 2

Charted Claims:

Method Claim:7

| US8417402 | Blink Mobile App ("Accused instrumentality") |
|---|---|
| 7. A method for tracking electric energy charging in an electric vehicle comprising the steps of; determining a current location of the vehicle; | The accused instrumentality practices a method for tracking (e.g., monitoring) electric energy charging in an electric vehicle (e.g., EV connected to a Blink charger) comprising the steps of; determining a current location (e.g., identifying charging location of the EV) of the vehicle (e.g., EV connected to a Blink Charger).<br><br>As shown below, the accused instrumentality enables real-time monitoring of charging status of an electric vehicle (EV). It detects current location of the EV where the EV is plugged in to a charger.<br><br><br><br>https://blinkcharging.com/products/blink-app |



https://apps.apple.com/us/app/blink-charging-mobile-app/id1612678852?platform=iphone



https://blinkcharging.com/products/blink-app



https://www.youtube.com/watch?v=dZwhPHlvBfw



https://www.youtube.com/watch?v=dZwhPHlvBfw

| | |
|---|---|
| | 

The Blink Charging mobile app was created with you in mind. We are making it more convenient and seamless to charge your EV. Whether you are charging at home or your favorite public charge location, your charging experience has been upgraded.

LOCATE EV CHARGING STATIONS
Find public electric vehicle charging stations on the Blink Charging mobile app. Search for an EV charger location by zip code, city, business name, location category, or physical address.

MANAGE CHARGE SESSIONS
Monitor real-time information during a charging session and view details about the charging session including occupancy time, estimated charge session cost, charging stations information, energy delivered, and current vehicle charging speed.

https://play.google.com/store/apps/details?id=com.blinknetwork.mobile2&hl=en |
| determining an amount of energy supplied to a battery on the vehicle at the current location; | The accused instrumentality practices determining an amount of energy (e.g., energy consumed by the EV) supplied to a battery (e.g., battery of an EV) on the vehicle (e.g., EV connected to a Blink charger) at the current location (e.g., charging location of the EV).

As shown below, the accused instrumentality enables monitoring of the energy consumed by the EV, while the EV is charging. |



https://www.youtube.com/watch?v=dZwhPHlvBfw

### 5. View details on charging sessions and estimated miles in real-time

Our new app provides you with all kinds of vital information about your charging session, including:

- Current percentage of battery that has been charged.
- Current speed of charging is displayed in kilowatts (kW).
- Energy delivered to your battery is displayed in kilowatt-hours (kWh).
- Length of time your car has been charging, displayed in hours and minutes.
- Estimated time to your battery is 100%, displayed in hours and minutes.
- The estimated cost of your charging session when complete (including the rate displayed in kWh).

We have created an app with you in mind. We are making it more convenient and seamless to charge.

Download the new Blink Charging Mobile app today! Available on the Apple Store & Google Play!

https://blinkcharging.com/blog/new-blink-mobile-app-makes-ev-charging-even-easier



The Blink Charging mobile app was created with you in mind. We are making it more convenient and seamless to charge your EV. Whether you are charging at home or your favorite public charge location, your charging experience has been upgraded.

LOCATE EV CHARGING STATIONS
Find public electric vehicle charging stations on the Blink Charging mobile app. Search for an EV charger location by zip code, city, business name, location category, or physical address.

MANAGE CHARGE SESSIONS
Monitor real-time information during a charging session and view details about the charging session including occupancy time, estimated charge session cost, charging stations information, energy delivered, and current vehicle charging speed.

https://play.google.com/store/apps/details?id=com.blinknetwork.mobile2&hl=en



https://www.youtube.com/watch?v=dZwhPHlvBfw

| | |
|---|---|
| | https://blinkcharging.com/products/blink-app |
| associating the amount of energy supplied with the current location. | The accused instrumentality practices associating (e.g., in a charging session) the amount of energy (e.g., energy consumed by the EV) supplied with the current location (e.g., charging location of the EV).<br><br>As shown below, the accused instrumentality enables real-time monitoring of the charging status of an electric vehicle (EV). It detects current location of a vehicle where the EV is plugged in. Users can monitor the battery status of the EV, including the percentage of charge completed or remaining, while the EV is charging. This energy consumption information, along with the vehicle's location, is displayed in the charging session page within the accused instrumentality. |



https://www.youtube.com/watch?v=dZwhPHlvBfw



|  | https://www.youtube.com/watch?v=dZwhPHlvBfw |
|---|---|



https://www.youtube.com/watch?v=dZwhPHlvBfw



https://www.youtube.com/watch?v=E-ycGfUSvys

| | |
|---|---|
| | **5. View details on charging sessions and estimated miles in real-time**<br><br>Our new app provides you with all kinds of vital information about your charging session, including:<br>- Current percentage of battery that has been charged.<br>- Current speed of charging is displayed in kilowatts (kW).<br>- Energy delivered to your battery is displayed in kilowatt-hours (kWh).<br>- Length of time your car has been charging, displayed in hours and minutes.<br>- Estimated time to your battery is 100%, displayed in hours and minutes.<br>- The estimated cost of your charging session when complete (including the rate displayed in kWh).<br><br>We have created an app with you in mind. We are making it more convenient and seamless to charge.<br><br>Download the new Blink Charging Mobile app today! Available on the Apple Store & Google Play!<br><br>https://blinkcharging.com/blog/new-blink-mobile-app-makes-ev-charging-even-easier |