IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| | |
|---|---|
| **Minotaur Systems LLC,** | Case No. 8:25-cv-01941-LKG |
| Plaintiff, | Patent Case |
| v. | Jury Trial Demanded |
| **Blink Charging Co,** | |
| Defendant. | |

### JOINT STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Minotaur Systems LLC ("Plaintiff") and Defendant Blink Charging Co ("Defendant") hereby stipulate to dismiss all claims against Defendant WITH PREJUDICE and all counterclaims against Plaintiff WITHOUT PREJUDICE.

Each party shall bear its own costs, expenses, and attorneys' fees.

Dated: July 15, 2025        Respectfully submitted,

/s/ Joseph J. Zito
Joseph J. Zito
DNL ZITO
1250 Connecticut Avenue, NW Suite 700
Washington, DC 20036
202-466-3500
jzito@dnlzito.om

Isaac Rabicoff
Rabicoff Law LLC
(*Pro hac vice* application forthcoming)
4311 N Ravenswood Ave Suite 315
Chicago, IL 60613
7736694590
isaac@rabilaw.com

**Counsel for Plaintiff
Minotaur Systems LLC**

*/s/ Ryan McKay*
Ryan McKay
Maryland Bar No. 30850
**FISH & RICHARDSON P.C.**
222 Delaware Ave., 17th Floor
Wilmington, DE 19801
(302) 652-5070 (Telephone)
mckay@fr.com

Neil J. McNabnay, *pro hac vice* forthcoming
Texas Bar No. 24002583
mcnabnay@fr.com
Lance E. Wyatt, *pro hac vice* forthcoming
Texas Bar No. 24093397
wyatt@fr.com
**FISH & RICHARDSON P.C.**
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

**Counsel for Defendant
Blink Charging Co**

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on all parties who have appeared in this case on July 15, 2025 via the Court's CM/ECF system.

/s/ Joseph J. Zito
Joseph J. Zito